[No. 34081-0-II. Division Two. February 7, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. EVAN RAY TYRRELL, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 04-1-00106-0, Leonard W. Costello, J., entered October 28, 2005. *Affirmed in part* and *remanded* by unpublished opinion per Van Deren, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 34128-0-II. Division Two. February 7, 2007.]

QUALITY ROCK PRODUCTS, INC., ET AL., *Respondents*, v. THURSTON COUNTY ET AL., *Appellants*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated May 30, 2007. Substitute opinion filed. Now published in part at 139 Wn. App. 125.

[No. 34156-5-II. Division Two. February 7, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. DAN WILLIAM COLLINS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 05-1-00362-1, H. John Hall, J., entered December 7, 2005. *Reversed* and *remanded with instructions* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 34240-5-II. Division Two. February 7, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. VAN VETH, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 97-1-00159-2, Stephen M. Warning, J., entered November 30, 2005. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Hunt, J.